IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FOUR R MARKETING LLC                                                                               PLAINTIFF

v.                                           Case No. 1:24-cv-01030

MAXUM OIL SERVICE
DE PANAMA, S.A.                                                                                    DEFENDANT

## ORDER

Before the Court is Plaintiff Four R Marketing LLC's ("Plaintiff") Motion for Service. (ECF No. 12). Defendant Maxum Oil Service De Panama, S.A. ("Defendant") has not responded, and the time to do so has passed. The Court finds the matter ripe for consideration.

On May 6, 2024, Plaintiff filed its Complaint. (ECF No. 2). Plaintiff seeks to recover over 2.5 million dollars ($2,500,000) that it is allegedly owed relating to a purchase order for delivery of petroleum products. (ECF No. 2, at 1). Defendant is located in Panama City, Panama. (ECF No. 12, at 1). On June 11, 2024, Plaintiff filed the instant motion. (ECF No. 12). Plaintiff requests that the Court issue an order authorizing service under Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and directing the Clerk of Court to address and send the Complaint, Civil Cover Sheet, and Summons for Defendant, to Defendant's physical address in Panama.[1] (ECF No. 12, at 4). Further, Plaintiff requests that this be sent by U.S. registered mail, and that the Court direct the Clerk of Court to work with Plaintiff's counsel to accomplish service in this manner at Plaintiff's expense.

Federal Rule of Civil Procedure 4(f)(2)(C)(ii) allows for overseas service in a manner "reasonably calculated to give notice," and not "prohibited by the foreign country's laws," by using any form of mail that the clerk addresses and sends to the individual and that requires a signed

---

[1] Ruben Dario Street, Office Park, Building 50, Ground Floor, Local 1-A, Curundu, Panama, República de Panamá. (ECF No 12, at 3). Plaintiff is responsible for any translations that are needed, which should be accomplished by a reputable and professional translator at Plaintiff's cost.

receipt." While Rule 4(f)(2)(C)(ii) only mentions service on individuals, Fed. R. Civ. P. 4(h)(2) allows for service on foreign corporations "in any manner prescribed by Rule 4(f) . . . except personal delivery under 4(f)(2)(C)(i)." Panama and the United States are signatories to the Inter-American Convention on Letters Rogatory and Additional Protocol ("IACAP").[2] The IACAP allows the ratifying countries to facilitate judicial assistance between countries and allows for other means of service but does not otherwise specify on the other methods of service.[3] Plaintiff requests service via U.S. registered mail and states that, to the best of its understanding, Panama does not prohibit service by direct mail. Plaintiff points out that this Court has previously authorized foreign service via direct mail from the Clerk of Court to foreign corporations in *Travis v. Asustek Computer, Inc.*, No. 6:19-cv-06118 SOH, R. Doc. 51 at p. 2 (W.D. Ark. Apr. 13, 2020) (granting plaintiff's motion for service against two defendant corporations located in Taiwan).

Upon consideration, the Court finds that good cause for the motion has been shown. According, Plaintiff's Motion for Service (ECF No. 12) is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to address and mail Plaintiff's Complaint, Civil Cover Sheet, and Summons to Defendant in Panama, with return receipts requested, at Plaintiff's cost. Further, the Clerk of Court is authorized to work with Plaintiff's counsel on this matter. However, the Court notes that Plaintiff's counsel, not the Clerk of Court, is responsible for insuring conformity with the Federal Rules of Civil Procedure and the IACAP requirements.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge

---

[2] The full text of the treaty can be seen here: https://www.oas.org/juridico/english/treaties/b-46.html (last visited November 27, 2024).

[3] *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Inter-American-Service-Convention-Additional-Protocol.html (last visited November 26, 2024). *See also* https://www.fjc.gov/sites/default/files/materials/26/International%20Service%20of%20Process.pdf (last visited November 26, 2024)